Paul R. Beshears
Georgia Bar No. 055742
FORDHARRISON LLP
271 17th Street, NW, Suite 1900
Atlanta, Georgia 30363
Telephone: (404) 888-3800
Facsimile: (404) 888-3863
E-mail: pbeshears@fordharrison.com

Kenneth M. Webster, Esquire
Nevada Bar No. 7205
HALL PRANGLE & SCHOONVELD, LLC
777 N. Rainbow Blvd., Suite 225
Las Vegas, NV 89107
Telephone: (702) 889-6400
Facsimile: (404) 384-6025
E-mail: kwebster@hpslaw.com

Attorneys for Defendant/Counter-Plaintiff, Sunrise Hospital and Medical Center, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC d/b/a SUNRISE HOSPITAL AND MEDICAL CENTER,<br><br>Defendant/Counter-Plaintiff. | CIVIL ACTION NO. 2:12-cv-00199-GMN-(GWF)<br><br>Consolidated with:<br><br>CIVIL ACTION NOS. 2-12-cv-00796-GMN-(GWF), 2:12-cv-01291-GMN-(VCF), 2-12-cv-01292-JCM-(GWF) |

## STIPULATION TO DISCHARGE SUPERSEDEAS BOND

COME NOW Defendant/Counter-Plaintiff Sunrise Hospital and Medical Center, LLC d/b/a Sunrise Hospital and Medical Center ("Sunrise") and Plaintiff/Counter-Defendant Service Employees International Union, Local 1107 ("SEIU") and request this Court enter an Order releasing and exonerating from liability Fidelity and Deposit Company of Maryland as Surety and discharging Supersedeas Bond Number 09167126 ("Supersedeas Bond") posted on behalf of Sunrise, as Principal, in connection with the above-captioned case in the amount of $58,565.06.  As grounds for the request, the parties state:

1. The Court entered judgment in favor of SEIU and against Sunrise on September 20, 2013.  (Civil Docket Document No. ("Doc. No.") 54.)

2. An appeal of this case was taken to the U.S. Court of Appeals for the Ninth Circuit on October 17, 2013.  (Doc. No. 55.)

3. SEIU filed in this Court a motion for attorney's fees on October 24, 2013.  (Doc. No. 59.)

4. This Court granted SEIU's motion for attorney's fees and entered a judgment on attorney's fees and costs in the total amount of $58,565.06 against Sunrise on October 9, 2014 ("the Judgment").  (Doc. No. 69.)

5. On October 23, 2014, Sunrise posted the Supersedeas Bond, which was executed by Fidelity and Deposit Company of Maryland as Surety, in the

amount of $58,565.06.  (Doc. No. 71.)

6. Pursuant to the stipulation of the parties, the Ninth Circuit voluntarily dismissed the appeal on March 3, 2015, ordering that the parties shall bear their own costs and attorney's fees on appeal.  (Doc. No. 77.)

7. Thereafter, Sunrise remitted the full amount owed and satisfied the Judgment, and the parties filed a Stipulation of Satisfaction of Judgment on March 20, 2015.  (Doc. No. 79.)

Accordingly, Sunrise and SEIU stipulate and agree that the Supersedeas Bond is no longer required and should be discharged and by this Stipulation hereby request that the Court issue an Order releasing and exonerating from liability Fidelity and Deposit Company of Maryland as Surety and discharging the Supersedeas Bond.

Dated this 20th day of March, 2015.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  03/20/2015**

| SUBMITTED BY: | STIPULATED TO: |
|---|---|
| /s/ Paul R. Beshears | /s/ Nathan R. Ring |
| Paul R. Beshears | Nathan R. Ring |
| pbeshears@fordharrison.com | nring@theurbanlawfirm.com |
| Georgia Bar No. 055742 | Nevada Bar No. 12078 |
| | |
| FORDHARRISON LLP | The Urban Law Firm |
| 271 17th Street, NW, Suite 1900 | 4270 South Decatur Boulevard, Suite A-9 |
| Atlanta, Georgia 30363 | Las Vegas, Nevada 89103 |
| (404)888-3800 (telephone) | (702) 968-8087 (telephone) |
| (404)888-3863 (facsimile) | (702) 968-8088 (facsimile) |
| | |
| Counsel for Defendant/Counter-Plaintiff Sunrise Hospital and Medical Center, LLC | Counsel for Plaintiff/Counter-Defendant Service Employees International Union, Local 1107 |